**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**   FILED

UNITED STATE OF AMERICA
    Plaintiff,

2007 DEC 19 P 12: 35

U.S. DISTRICT COURT
BRIDGEPORT, CONN

v.    Criminal No. 3:00 CR 58 (AHN)

DAMON IVANHOE GRAHAM
    Defendant,

## DEFENDANT'S REJOINDER TO GOVERNMENT'S RESPONSE

AND NOW COMES Damon Ivanhoe Graham (Hereinafter "Defendant"), proceeding pro se, and replies to the government's response in opposition of the motion for modification of sentence. Defendant replies as follows:

On November 1, 2007, the United States Sentencing Commission effected an amendment to the Drug Quantity Table §2D1.1(c). Item number 9 of the amendments reduced the base offense level for cocaine base offenses by two levels. See Amendment 706, U.S.S.G § Supplement at 226-227 (Nov. 1, 2007)

On November 8, 2007, your Defendant filed a motion for the modification of his sentence based upon the change to the Drug Quantity Table.

On November 9, 2007, the government responded to Defendant's motion by urging the Court to deny the "motion...without prejudice." Unnumbered Response at ¶ 1. The government noted that a modification in Defendant's sentence is not authorized because the Commission

did not (at that time) allow the retroactive application of Amendment 706.

It is respectfully submitted that on December 11, 2007, the United States Sentencing Commission <u>unanimously</u> voted in favor of the retoactive effect of the Amendment 706.

**Wherefore,** for the foregoing reasons, Defendant respectfully moves this Honorable Court to effect the retroactive application of Amendment 706 and modify Defendant's sentence accordingly.

Respectfully submitted,

Dated: 12-17-2007

Damon Ivanhoe Graham
Reg. No. 13787-014
FMC-Devens, Unit H-A
P.O. Box 879
Ayer, Massachusetts 01432

## CERTIFICATE OF SERVICE

I, Damon Ivanhoe Graham, hereby certify that a true copy of the foregoing **REJOINDER** has on this date been served upon James R. Smart, A.U.S.A, by depositing a copy in the U.S. mails, postage prepaid, addressed as follows:

James R. Smart, A.U.S.A
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, Connecticut 06510

Dated: 12-17-2007