BP-S288.052 INCIDENT REPORT CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| 1. Name Of Institutions: F.C.I. FORT DIX | | | |
|---|---|---|---|
| Part I - Incident Report #1364620 | | | |
| 2. Name of Inmate: Graham | 3. Register Number: 13787-014 | 4. Date Of Incident: July 24, 2005 | 5. Time: 11:00am |
| 6. Place Of Incident: Unit 6, Bldg 5852, Outside (West) | 7. Assignment: Yard | 8. Unit: 5852 | |

9. Incident: Refusing to obey the order of any staff member 307
   Insolence to any staff member 312

11. Description Of Incident (7-24-2005 at 11:00am Staff became aware of incident.
On July 24, 2005, at 11:00 am I was holding 5852 back pending their release for the noon meal. Inmate Graham #13787-014 exited the rear west side of the building and attempted to leave the area without authorization. I asked Inmate Graham where was he going, he responded in an insolent and loud tone of voice, he was going to the gym. I ordered him to return to the unit pending the units release. Graham turned and stated in a louder than normal tone of voice, "I hate everyone in this fucking place, and you all can suck my dick!" I ordered Graham to surrender his ID card. He responded in a louder tone of voice, "I have no problems admitting to what I said!" I ordered Graham a second time to return to the building because he had refused my first order and challenged my directive not to leave before the Unit was released for the noon meal and return to the unit.

| 12. Signature Of Reporting Employee: T. Gamache | Date And Time: 07-24-2005 11:00am | 13. Name And Title (Printed): T. Gamache, Correctional officer |
|---|---|---|
| 14. Incident Report Delivered To Above Inmate By: [signature] | 15. Date Incident Report Delivered: 7/24/05 | 16. Time Incident Report Delivered: 7:00 PM |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident: I cursed, I did not show insolence towards the officer. I did not refuse any order.

18. A. It Is The Finding Of The Committee That You:
___ Committed The Following Prohibited Act.
_X_ Did Not Commit A Prohibited Act.

B. ___ The Committee Is Referring The Charge(s) To The DHO For Further Hearing
C. _X_ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision Is Based On The Following Information: Based on reporting officer's statement & I/m admitting to cursing.

20. Committee Action And/or Recommendation If Referred To DHO (Contingent Upon DHO Finding Inmate Committed Prohibited Act): UDC sanctions Inmate to 30 days loss of Commissary starting July 29, 2005 - August 28, 2005

Original - Central File Record; Copy - DHO; Copy - To Inmate After UDC Action;
Copy - To Inmate within 24 hours of Part I Preparation

21. Date And Time Of Action: 7/25/2005 4:32pm (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

[signature] Chairman (Typed Name/signature)    J. Sanchez Member (Typed Name)    ___ Member (Typed Name)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation

(This Form May Be Replicated Via WP)                Replaces BP-288(52) Of Jan 88

EXHIBIT 3

Record Copy - Central File R    Copy - DHO;  Copy - Inmate After UDC Action;  Copy -
Inmate Within 24 Hours Of Part 3 Preparation
(This Form May Be Replicated Via WP)                    Replaces BP-288(52) Of Jan 88

| Part III - Investigation | 22. Date And Time Investigation Began<br>7/24/05          7:00pM |
|---|---|

23. Inmate Advised Of Right To Remain Silent: You Are Advised Of Your Right To Remain Silent At All Stages Of The Disciplinary Process But Are Informed That Your Silence May Be Used To Draw An Adverse Inference Against You At Any Stage Of The Institutional Disciplinary Process. You Are Also Informed That Your Silence Alone May Not Be Used To Support A Finding That You Have Committed A Prohibited Act.

The Inmate Was Advised Of The Above Right By _H. Fauntleroy_ At (Date/time) _7/24/05 7:00 PM_

24. Inmate Statement And Attitude: Inmate Graham #13787-014 was advised of his rights and stated he understood them as read to him. Inmate Graham made the following statement: " I admit I cursed but not to the officer."

Inmate Graham had a poor attitude.

25. Other Facts About The Incident, Statements Of Those Persons Present At Scene, Disposition Of Evidence, Etc. All facts and supportive documentation are attached to the report.

Inmate Graham stated he did not have any evidence or witness to present.

26. Investigator's Comments And Conclusions: Based on the writer of the report and the supportive documentation, and the inmate's self-admission for the act, the investigator concludes that the report is valid and warrants further action.

Base upon the body of the report and the inmate statement the charges is valid.

27. Action Taken: Inmate remain in general population and the report is refered to UDC.

Date And Time Investigation Completed    7/24/05 8:45pm

Printed Name/signature Of Investigator _H. Fauntleroy, Lt_

Signature                                               LT.
                                                        Title