## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  **APPEARANCE**

CASE NO. 3:00CR00058(AHN)

DAMON GRAHAM

*To the Clerk of this Court and all parties of record:*

*Enter my Appearance as counsel in this case for:*

DAMON GRAHAM

Date:  March 19, 2008   /s/
Signature

Bar No.: ct25379   Sarah A. L. Merriam
Print Name

FEDERAL DEFENDER OFFICE
Firm Name

265 Church Street, Suite 702
Address

New Haven,   CT   06510
City   State   Zip Code

(203) 498-4200
Phone Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Sarah A. L. Merriam