AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut _____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:00cr58 (AHN) |
| DAMON GRAHAM ) | USM No: 13787-014 |
| Date of Previous Judgment: October 3, 2000 ) | William Palmieri |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __120__ months **is reduced to** __108 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __29__          Amended Offense Level: __27__
Criminal History Category: __III__      Criminal History Category: __III__
Previous Guideline Range: __108__ to __135__ months    Amended Guideline Range: __87__ to __108__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __10/3/00 & 9/25/00__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __March 17, 2008__                        /s/ Alan H. Nevas
                                                      Judge's signature

Effective Date: __March 17, 2008__                    Alan H. Nevas, U.S. District Judge
(if different from order date)                        Printed name and title