UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA          :    Case No. 3:00CR00058(AHN)
                                                       :
v.                                                     :
                                                       :
DAMON GRAHAM                          :    March 19, 2008
                                                       :
-------------------------------------------------------x
```

**MOTION FOR RECONSIDERATION**

The defendant, Damon Graham, hereby requests that the Court reconsider, in part, its ruling of March 19, 2008, amending the judgment in his case pursuant to 18 U.S.C. § 3582(c)(2).

Undersigned counsel recently received authorization from Mr. Graham to appear on his behalf, and filed an appearance in this matter earlier today. Upon receiving authorization from Mr. Graham, counsel promptly began to collect the information necessary to respond to the Government's submission. However, in light of the great number of similar cases with which counsel is currently dealing, counsel had not yet been able to complete her analysis of this matter and file an appropriate response. Accordingly, the defendant intended to seek the Court's permission to file a response through counsel to the Government's submission on or before March 31, 2008. To date, the defendant has only appeared pro se in connection with this motion, and the defendant and his undersigned counsel believe he requires the assistance of counsel to adequately pursue his motion.

Because counsel has not had the opportunity to file a response to the Government's submission, the defendant requests that the Court hold its order amending the judgment in abeyance until counsel can be heard. Specifically, the defendant requests that the Court permit counsel to file a memorandum in support of the defendant's pro se motion on or before March 31, 2008.

Undersigned counsel intends to request that the Court enter a revised amended judgment reducing the defendant's sentence under the guidelines now applicable to crack cocaine offenses from 120 months to 96 months. The Court's original sentence of 120 months represented a point 44% above the bottom of the original guidelines range of 108 to 135 months.[1] The defendant intends to request that the Court impose an amended sentence at the same point within the revised guidelines range; that is, 44% above the bottom of the new range of 87 to 108 months, which would be 96 months.[2]

The Court's order dated March 18, 2008, reduces the defendant's sentence only to 108 months, which is not proportional to the sentence imposed at the time of his original sentencing. The defendant respectfully requests that the Court permit counsel to file additional briefing in support of an amended judgment that imposes a proportionally reduced sentence.

                                    Respectfully submitted,

                                    The Defendant,
                                    Damon Graham

                                    Thomas G. Dennis
                                    Federal Defender

Dated: March 19, 2008                         _____/s/_____
                                                         Sarah A. L. Merriam
                                                          Assistant Federal Defender
                                                          265 Church Street, Suite 702
                                                          New Haven, CT   06510
                                                          Bar No. ct25379
                                                          Phone: 203-498-4200
                                                          Fax: 203-498-4207
                                                          Email: sarah_merriam@fd.org

---

[1] 120 months is 12 months more than the bottom of the range, 108 months. The total range spans 27 months. 12 months is 44% of 27 months.

[2] The new total range spans 21 months. 44% of 21 months is 9.33 months.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 19, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/
                                     Sarah A. L. Merriam