```
DEVCV              *        INMATE EDUCATION DATA        *        12-18-2007
PAGE 001 OF 001    *              TRANSCRIPT             *         09:42:15

REGISTER NO: 13787-014      NAME..: GRAHAM                    FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: DEV-DEVENS FMC

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
DEV  ESL HAS    ENGLISH PROFICIENT           01-22-2002 1048 CURRENT
DEV  GED HAS    COMPLETED GED OR HS DIPLOMA  03-13-2002 0925 CURRENT

---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV HRS
FTD GP     STARTING RETAIL SALE BUSINESS 02-15-2007 04-10-2007  P   C  P   22
FTD GP     KNOWLEDGE/SKILLS-POST RELEASE 11-07-2006 01-30-2007  P   C  P   35
ELK        SPANISH                       01-25-2003 03-29-2003  P   W  V    8
ELK        DIVERSITY AWARENESS-RPP       10-08-2002 10-08-2002  P   C  P    2
ELK        HEALTH HAZARDS OF SMOKING-RPP 10-08-2002 10-08-2002  P   C  P    2
ELK        AIDS AWARENESS-RPP            10-08-2002 10-08-2002  P   C  P    2
MCK        BASIC FRENCH                  05-06-2002 07-29-2002  P   C  P   24
MCK        RPP(6)-ANGER MANAGEMENT       05-13-2002 08-05-2002  P   C  P   40




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```