UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
UNITED STATES OF AMERICA          :      Case No. 3:00CR00058(AHN)
                                  :
v.                                :
                                  :
DAMON GRAHAM                      :      April 9, 2008
-------------------------------------------------------x
```

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO AMEND JUDGMENT

The defendant, Damon Graham, respectfully submits this supplemental memorandum, through counsel, in support of his pro se motion for entry of an amended judgment in his case pursuant to 18 U.S.C. § 3582(c)(2). Attached to this memorandum is a letter from Dr. Vincent Williams, who is treating Mr. Graham's mother, Yvonne Moore. The letter explains some of the medical conditions from which Mrs. Moore is suffering.

For the reasons set forth herein and in the defendant's prior submissions, Mr. Graham respectfully urges the Court to issue an amended judgment reducing his sentence in accordance with the amended guidelines applicable to crack cocaine cases from 120 months to 96 months.

Respectfully submitted,

The Defendant,
Damon Graham

Thomas G. Dennis
Federal Defender

Dated: April 9, 2008        /s/
Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT   06510
Bar No. ct25379
Phone: 203-498-4200
Fax: 203-498-4207
Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on April 9, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    /s/
                                   Sarah A. L. Merriam