

# Center For Orthopaedics
*General and Specialty Orthopaedic Care*

One Church Street, 4th Floor •New Haven, CT 06510 • 203.752.3100 • fax 203.752.9291
www.center4ortho.com

Mark P. Altman, M.D.
Surgery of the Hand and Upper Extremity
General Orthopaedic Surgery

John P. Daigneault, M.D.
Adult and Pediatric Sports Medicine
Surgery of the Shoulder

David H. Gibson, M.D.
General Orthopaedics
Joint Replacement Surgery

J. Kevin Lynch, M.D.
Surgery of the Knee

Rowland B. Mayor, M.D.
Adult and Pediatric Sports Medicine
Arthroscopic Surgery
Reconstructive Surgery of the
 Knee and Shoulder

Durgadas P. Sakalkale, M.D.
Interventional Physiatrist
Disorders of the Spine

John J. Shine, M.D.
General Orthopaedics
Joint Replacement Surgery

Jeffrey M. Sumner, M.D.
Surgery of the Spine and Trauma

Martin L. Sumner, M.D.
General Orthopaedics

Sanda L. Tomak, M.D.
Surgery of the Foot and Ankle

Vincent J. Williams, M.D.
Orthopaedic Surgery
Joint Replacement Surgery

Joseph C. Wu, M.D.
Adult and Pediatric Sports Medicine
Joint Replacement Surgery
Arthroscopic Surgery

Kimberly A. Keane, P.A.-C

David C. Leake, P.A.-C

February 8, 2008
RE: Yvonne Moore

*in c/o Damon Graham*

To Whom It May Concern:

Yvonne is a patient of mine for several years now. She has multiple orthopaedic problems, she has a failed Right Total knee replacement with avascular necrosis of the patella. She also has end stage arthritis of the patella, her ankle has a rupture. She is non weight bearing and is in need of another total knee replacement.

Yvonne is confined to a wheelchair at the present , she is totally disabled . If you have any further question feel free to contact me.

Sincerely,

Vincent J. Williams M.D

| 60 Temple Street | 1224 Main Street | 2200 Whitney Avenue, Suite 170 | 20 Commerce Park | 148 East Avenue, Suite 2E |
|---|---|---|---|---|
| New Haven, CT 06510 | Branford, CT 06405 | Hamden, CT 06518 | Milford, CT 06460 | Norwalk, CT 06851 |
| 203.562.2663 | 203.481.9906 | 203.281.4400 | 203.876.1723 | 203.853.2967 |